IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HOUSTON COUNTY and DAN PERDUE, SHANE GOTTWALS, GAIL ROBINSON, TAL TALTON, and MARK BYRD, in their official capacities as members of the Houston County Board of Commissioners,<br><br>Defendants. | Civil Action No. 5:25-cv-25 |

## NOTICE OF WITHDRAWL

The undersigned, Brian Remlinger, pursuant to Local Rule 83.1.4, files this Notice of Withdrawal as counsel for the United States. The United States will continue to be represented by Daniel J. Freeman and Ernest McFarland in this case.

Date: February 11, 2025

Respectfully submitted,

*/s/ Brian Remlinger*
BRIAN REMLINGER
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530
Phone: (202) 717-4154
Fax: (202) 307-3961
brian.remlinger@usdoj.gov