IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>HOUSTON COUNTY and DAN PERDUE, SHANE GOTTWALS, GAIL ROBINSON, TAL TALTON, and MARK BYRD, in their official capacities as members of the Houston County Board of Commissioners,<br><br>              Defendants. | Civil Action No. 5:25-cv-25 |

## UNITED STATES' RESPONSE TO MOTION TO INTERVENE

The United States respectfully responds to the Motion to Intervene filed by Courtney Driver and Mike Jones.  Mot. to Intervene, ECF No. 7.  The United States does not oppose Movant-Intervenor's request for permissive intervention under Federal Rule of Civil Procedure 24(b)(1).[1]

---

[1] Movant-Intervenors are not entitled to intervention of right under Rule 24(a)(2). *See, e.g.*, *Stone v. First Union Corp.*, 371 F.3d 1305, 1311 (11th Cir. 2004) (recognizing that intervention of right is presumptively unavailable when an existing party "seeks the same objectives as the interveners" and cannot be had in the absence of collusion with an opposing party, adverse interests, or a failure "in fulfillment of his duty").

Date: February 14, 2025

                                            Respectfully submitted,

                                            KATHLEEN WOLFE
                                            Deputy Assistant Attorney General
                                            Civil Rights Division


                                            */s/ Daniel J. Freeman*
                                            R. TAMAR HAGLER
                                            RICHARD DELLHEIM
                                            DANIEL J. FREEMAN
                                            ERNEST A. MCFARLAND
                                            Attorneys, Voting Section
                                            Civil Rights Division
                                            U.S. Department of Justice
                                            950 Pennsylvania Ave. NW
                                            Washington, D.C. 20530
                                            Phone: (202) 305-5451
                                            Fax: (202) 307-3961
                                            daniel.freeman@usdoj.gov