# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* v. HOUSTON COUNTY, *et al.*, *Defendants.* | Civil Action No. 5:25-cv-0025-MTT |

## COUNTY DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Houston County; and Dan Perdue, Shane Gottwals, Gail Robinson, Tal Talton, and Mark Byrd, in their official capacities as members of the Houston County Board of Commissioners (collectively, "County Defendants"), move to dismiss Plaintiff's Complaint [Doc. 1] in its entirety pursuant to Fed. R. Civ. P. 12(b)(1). In support of this motion, County Defendants rely on their Brief in Support of Motion to Dismiss Plaintiff's Complaint, which is filed with this motion.

Respectfully submitted this 17th day of March, 2025.

> */s/ Bryan P. Tyson*
> Bryan P. Tyson
> Georgia Bar No. 515411
> btyson@clarkhill.com
> Bryan F. Jacoutot
> Georgia Bar No. 668272
> bjacoutot@clarkhill.com

>Diane Festin LaRoss
>Georgia Bar No. 430830
>dlaross@clarkhill.com
>**Clark Hill PLC**
>3630 Peachtree Road NE
>Suite 550
>Atlanta, Georgia 30326
>678.370.4377 (phone)
>
>*Counsel for County Defendants*

2