IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HOUSTON COUNTY and DAN PERDUE, SHANE GOTTWALS, GAIL ROBINSON, TAL TALTON, and MARK BYRD, in their official capacities as members of the Houston County Board of Commissioners,<br><br>Defendants. | Civil Action No. 5:25-cv-25 |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the United States respectfully gives notice that it dismisses *United States v. Houston County*, No. 5:25-cv-25.

Date: March 24, 2025

                                        Respectfully submitted,

                                        MAC WARNER
                                        Deputy Assistant Attorney General
                                        Civil Rights Division

                                        /s/ Ernest A. McFarland
                                        R. TAMAR HAGLER
                                        RICHARD A. DELLHEIM
                                        DANIEL J. FREEMAN
                                        ERNEST A. MCFARLAND
                                        Attorneys, Voting Section
                                        Civil Rights Division
                                        U.S. Department of Justice
                                        950 Pennsylvania Ave. NW
                                        Washington, D.C. 20530
                                        (202) 305-5804
                                        ernest.a.mcfarland@usdoj.gov