# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>HOUSTON COUNTY, *et al.*,<br><br>*Defendants.* | Civil Action No. 5:25-cv-0025-MTT |

## COUNTY DEFENDANTS' MOTION TO DISMISS PLAINTIFF-INTERVENORS' COMPLAINT-IN-INTERVENTION

Houston County; and Dan Perdue, Shane Gottwals, Gail Robinson, Tal Talton, and Mark Byrd, in their official capacities as members of the Houston County Board of Commissioners (collectively, "County Defendants"), move to dismiss Plaintiff-Intervenors' Complaint-in-Intervention [Doc. 14] in its entirety pursuant to Fed. R. Civ. P. 12(b)(1) and (6). In support of this motion, County Defendants rely on their Brief in Support of Motion to Dismiss Complaint-in-Intervention, which is filed with this motion.

Respectfully submitted this 26th day of March, 2025.

> */s/ Bryan P. Tyson*
> Bryan P. Tyson
> Georgia Bar No. 515411
> btyson@clarkhill.com
> Bryan F. Jacoutot
> Georgia Bar No. 668272
> bjacoutot@clarkhill.com

Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@clarkhill.com
**Clark Hill PLC**
3630 Peachtree Road NE
Suite 550
Atlanta, Georgia 30326
678.370.4377 (phone)

*Counsel for County Defendants*