IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **United States of America**, <br><br> Plaintiff, <br><br> vs. <br><br> **Houston County**, et al.**,** <br><br> Defendants. | Case No. 5:25-cv-00025-MTT <br><br> **Joint Motion <br> to Redesignate Parties** |

Plaintiff-Intervenors Courtney Driver and Mike Jones and Defendants Pamela Morgan and the Houston County Board of Elections respectfully move the Court under Rule 17 of the Federal Rules of Civil Procedure to re-designate the parties in this action.

The United States originally brought this case against Houston County and its Commissioners. Driver and Jones then intervened and added the Houston County Board of Elections and Morgan as Defendants. Since then, the United States dismissed its claim and this Court dropped Houston County and the Houston County Commissioners as Defendants at the Plaintiff-Intervenors' request.

Accordingly, the remaining parties ask the Court to re-designate Driver and Jones as Plaintiffs and to direct the Clerk to change the caption of this case to *Driver et al. v. Houston County Board of Elections et al.* Doing so will ensure that this case is prosecuted in the name of the real parties in interest, as Rule 17 requires, and will avoid any confusion about the parties' status.

Respectfully submitted this 14th day of April, 2025.

**/s/** *Bryan L. Sells*
Georgia Bar No. 635562
The Law Office of Bryan L. Sells, LLC
Post Office Box 5493
Atlanta, Georgia 31107-0493
(404) 480-4212 (voice/fax)
bryan@bryansellslaw.com


**/s/** *Lynsey M. Barron*
Georgia Bar No. 661005
Barron Law LLC
1800 Peachtree St. NE, Suite 300
Atlanta, Georgia 30309
404-276-3261
lynsey@barron.law

*Attorneys for the Plaintiff-Intervenors*

*/s/ Bryan P. Tyson*
Bryan P. Tyson
Georgia Bar No. 515411
btyson@clarkhill.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@clarkhill.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@clarkhill.com
**Clark Hill PLC**
3630 Peachtree Road NE
Suite 550
Atlanta, Georgia 30326
678.370.4377 (phone)

*Counsel for Defendants*