IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| COURTNEY DRIVER, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> HOUSTON COUNTY BOARD OF ELECTIONS, *et al.*, <br><br> *Defendants*. | Civil Action No. 5:25-cv-0025-MTT |

## DEFENDANTS' UNOPPOSED MOTION TO STAY DISCOVERY AND DISCOVERY DEADLINES

On April 16, 2025, this Court entered its Rules 16 and 26 Order, [Doc. 26]. That order contains a number of deadlines related to discovery in the above-captioned litigation.

After the dismissals of various parties, at this time, the only remaining Defendants are the Houston County Board of Elections and Pamela Morgan. Defendants have not yet responded to Plaintiffs' Complaint because the response date is set as May 5, 2025. *See* [Docs. 15, 16] (waivers of service setting response date of 60 days from March 5, 2025). Defendants plan to file a motion to dismiss the Complaint on or before the deadline.

Pursuant to this Court's Order [Doc. 26], Defendants seek a stay of discovery while the Court considers their upcoming motion to dismiss and a

1

stay of the relevant discovery deadlines outlined in the Court's Rule 16 and 26 order, including the deadlines for providing a Proposed Scheduling and Discovery Order, initial disclosures, and expert disclosures.

Good cause exists to grant the motion, because the departure of the DOJ from this case leaves open the question of the sufficiency of the allegations of the individual Plaintiffs' complaint and their right to proceed under the Voting Rights Act without the DOJ as a party. If Defendants are correct and this Court grants the forthcoming motion, the parties will not have spent time engaging in unnecessary discovery. If Defendants are incorrect and this Court denies the forthcoming motion, the parties can proceed quickly to outline a discovery schedule in the case.

Defendants have conferred and Plaintiffs do not oppose a stay of discovery and the discovery deadlines in the Rule 16 and 26 order of 60 days or until this Court's ruling on the motion to dismiss, whichever comes first.

A proposed order is attached.

Respectfully submitted this 22nd day of April, 2025.

*/s/ Bryan P. Tyson*
Bryan P. Tyson
Georgia Bar No. 515411
btyson@clarkhill.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@clarkhill.com

Diane F. LaRoss
Georgia Bar No. 430830
dlaross@clarkhill.com
**Clark Hill PLC**
3630 Peachtree Road NE
Suite 550
Atlanta, Georgia 30326
678.370.4377 (phone)

*Counsel for Defendants*