# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| COURTNEY DRIVER, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> HOUSTON COUNTY BOARD OF ELECTRONS, *et al.*, <br><br> *Defendants.* | Civil Action No. 5:25-cv-0025-MTT |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendants Houston County Board of Elections and Pamela Morgan, in her official capacity, move to dismiss Plaintiffs' Complaint [Doc. 14] in its entirety pursuant to Fed. R. Civ. P. 12(b)(1) and (6). In support of this motion, Defendants rely on their Brief in Support of Motion to Dismiss Plaintiffs' Complaint, which is filed with this motion.

Respectfully submitted this 5th day of May, 2025.

*/s/Bryan P. Tyson*
Bryan P. Tyson
Georgia Bar No. 515411
btyson@clarkhill.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@clarkhill.com
Diane Festin LaRoss

Georgia Bar No. 430830
dlaross@clarkhill.com
**Clark Hill PLC**
3630 Peachtree Road NE
Suite 550
Atlanta, Georgia 30326
678.370.4377 (phone)

*Counsel for Defendants*

2