IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **Courtney L. Driver**, et al., | Case No. 5:25-cv-00025-MTT |
| Plaintiffs, | Hon. Marc T. Treadwell |
| vs. | |
| **Houston County Board of Elections**, et al.**,** | |
| Defendants. | |

**Plaintiffs' Unopposed Motion for Joinder**

Plaintiffs Courtney Driver and Michael C. Jones respectfully move the Court under Rule 20 of the Federal Rules of Civil Procedure to join the National Association for the Advancement of Colored People Georgia State Conference ("Georgia NAACP") as a plaintiff. The undersigned attorneys for the plaintiffs have conferred with counsel for the defendants and can represent that the defendants do not oppose this motion.

The Georgia NAACP is a non-partisan, multi-racial, nonprofit membership organization that was founded in 1941. Its mission is to

eliminate racial discrimination through democratic processes and ensure the equal political, educational, social, and economic rights of all persons and in particular Black Georgians. The organization is headquartered in College Park, Georgia. It has approximately 10,000 members across approximately 180 local units in at least 120 counties in Georgia, including in Houston County.

The Georgia NAACP has members who (i) are at least 18 years of age, (ii) are registered to vote in Houston County, (iii) identify their race as Black, and (iv) live within an area of Houston County where their voting strength is being diluted by the at-large method of electing Houston County Commissioners. The Georgia NAACP seeks to assert claims on behalf of its Black Houston County members that are identical to the claims advanced by plaintiffs Driver and Jones.

Joinder will not delay the case, add new claims, or otherwise prejudice the defendants. To avoid any further delays and inefficiencies resulting from joinder of an additional party, the plaintiffs and the Georgia NAACP and their respective counsel have agreed to file consolidated briefs, pleadings, discovery requests and other submissions as to all common issues, and to coordinate in conducting depositions and

examinations and presenting evidence at any trial or hearing. Joinder of the Georgia NAACP thus is appropriate under Rule 20(a) and timely under this Court's scheduling order. Fed. R. Civ. P. 20 (a); *see also Henderson v. FedEx Express*, No. 5:09-CV-85(CAR), 2009 WL 1951059, at *6 (M.D. Ga. July 6, 2009); ECF No. 44 at 5.

Respectfully submitted this 18th day of November 2025.

**/s/** *Bryan L. Sells*
Georgia Bar No. 635562
The Law Office of Bryan L. Sells, LLC
Post Office Box 5493
Atlanta, Georgia 31107-0493
(404) 480-4212 (voice/fax)
bryan@bryansellslaw.com

Lynsey Barron
BarronWard LLC
1800 Peachtree St. NE, Suite 300
Atlanta, Georgia 30309
404-276-3261
lynsey@barronward.com

Arielle Anderson (*Admitted Pro Hac Vice*)
HOGAN LOVELLS US LLP
609 Main St., Suite 4200
Houston, Texas 77002
Tel. (713) 632-1400
Fax (713) 632-1401
arielle.anderson@hoganlovells.com

David Newmann (*Admitted Pro Hac Vice*)
HOGAN LOVELLS US LLP
1735 Market St., 23rd Floor
Philadelphia, Pennsylvania 19103
Tel. (267) 675-4600
Fax (267) 675-4601
david.newmann@hoganlovells.com

*Counsel for the Plaintiffs*

Robert N. Weiner*
Julie M. Houk*
Grace Thomas*
LAWYERS' COMMITTEE FOR CIVIL RIGTS UNDER LAW
1500 K Street, Suite 900
Washington, DC 20005
(202) 662-8600
rweiner@lawyerscommittee.org
jhouk@lawyerscommittee.org
gthomas@lawyerscommitte.org

Stacey M. Mohr
Georgia Bar No. 619207
John H. Fleming
Georgia Bar No.263250
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street NE
Atlanta, GA 30309
(404) 853-8000
stacymohr@eversheds-sutherland.com
johnfleming@eversheds-sutherland.com

Harmony L. Jones*
Maria L. Stratienko*
John Coffron*
EVERSHEDS SUTHERLAND (US) LLP
700 Sixth Street, NW, Suite 700
Washington, DC 20001-3980
(202) 383-0100
harmonyjones@eversheds-sutherland.com
mariastratienko@eversheds-sutherland.com johncoffron@eversheds-sutherland.com

*Counsel for Georgia NAACP*

* Motion for admission Pro Hac Vice forthcoming