**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

**MINUTE SHEET
OF COURT PROCEEDINGS**



| | | | |
|---|---|---|---|
| Date: | 12/17/2025 | Type of Hearing: | Status Conference / Motion Hearing |
| Judge: | Marc T. Treadwell | Court Reporter: | Darlene Fuller |
| Courtroom Deputy: | Kim Tavalero | | |
| Courtroom: | A | | |

**Case Number:  5:25-cv-25 (MTT)**

| | | | |
|---|---|---|---|
| Courtney Driver, et al | | Counsel: | Bryan Sells |
| v. | | | |
| Houston County Board of Elections and Sharon Morgan | | Counsel: | Bryan Tyson |
| NAACP – Georgia State Conference | | | Julie Houk |

**Case Number:  5:25-cv-478 (MTT)**

| | | | |
|---|---|---|---|
| Jacqueline Rozier, et al | | Counsel: | Ajay Saini |
| v. | | | |
| Houston County Board of Elections, et al | | Counsel: | Bryan Tyson |
| | | | Bryan Jacoutot |

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record.  Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR:**  16 minutes

| | |
|---|---|
| 10:00 am | Called to order.  Identification of parties for both cases.  Preliminary remarks by the Court regarding both cases and the pending motions in each case.  The Court addressed Mr. Sells regarding the status of *Driver*. |
| 10:01 am | Response by Mr. Sells. |
| 10:02 am | Response by Mr. Tyson. |
| 10:03 am | The Court addressed the parties regarding the pending motion for joinder |

|  |  |
|---|---|
| | (ECF 46) in *Driver*.  The Court **GRANTED** the motion. |
| 10:04 am | The Court addressed Mr. Saini regarding the pending motion to consolidate cases (ECF 11) in *Rozier*. |
| | Response by Mr. Saini. |
| 10:08 am | The Court addressed the parties regarding the two lawsuits.  The Court does not see a reason to disrupt *Driver* with consolidation at this point—the motion to consolidate (ECF 11) is **DENIED without prejudice.** |
| | The Court addressed the parties regarding the motion to stay/motion to dismiss (ECF 17) in *Rozier*.  The motion is **DENIED without prejudice**.  The Court stated a Rule 16/26 Order would be entered in *Rozier*.  The Court addressed a 4-month discovery period. |
| 10:16 am | Mr. Tyson addressed the Court regarding the answer due in *Rozier*.  The Court stated the answer shall be due on January 7, 2026. |
| 10:16 am | Adjourned. |