**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

COURTNEY DRIVER, *et al.*,

 *Plaintiffs*,

  v.

HOUSTON COUNTY BOARD OF
ELECTIONS, *et al.*,

 *Defendants*.

Civil Action No. 5:25-cv-0025-MTT

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants Houston County Board of Elections and Pamela Morgan, in her official capacity, respectfully move this Court for summary judgment in their favor pursuant to Fed. R. Civ. P. 56 and Local Rule 56. As shown by the attached Brief in Support of Motion for Summary judgment, the Statement of Material Facts, and the Exhibits attached to the brief, there are no material issues of fact in dispute and, as a matter of law, Defendants are entitled to summary judgment on Plaintiffs' claims.

Defendants respectfully request that this Court enter summary judgment in their favor and cast all costs against Plaintiffs.

Respectfully submitted this 24th day of April, 2026.

/s/Bryan P. Tyson
Bryan P. Tyson
Georgia Bar No. 515411
btyson@clarkhill.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@clarkhill.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@clarkhill.com
**Clark Hill PLC**
3630 Peachtree Road NE
Suite 700
Atlanta, Georgia 30326
678.370.4377 (phone)

*Counsel for Defendants*

2