# EXHIBIT G

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF GEORGIA

MACON DIVISION

_____

)Civil Action No.

COURTNEY DRIVER, et al.,   )5:25-cv-0025-MTT

)

    Plaintiffs,                )

)

v.                                     )

)

HOUSTON COUNTY BOARD OF    )

ELECTIONS, et al.,                )

)

    Defendants.               )

_____)

VIDEOTAPED REMOTE DEPOSITION OF

STEPHEN J. POPICK, Ph.D.

March 13, 2026

10:01 a.m.

Reported by:  Lindsey Russo

Job No. 7906093

Page 72

lies between 70 and 80.  If your confidence interval is 75 to 80, I believe the answer is between 75 and 80.

Q.    Okay.  And you have the same degree of certainty regardless of that size?

A.    Correct.  Yes, because it's the same 95 percent confidence interval.

Q.    Right.  But the uncertainty appears in the accuracy of your point estimate, I suppose, when the confidence intervals are broader?

A.    No, that's not quite correct.  The uncertainty appears in the size of the confidence interval around the estimate.

Q.    Okay.  So --

A.    The point estimate is the point estimate.  The confidence interval is what sort of accounts for that uncertainty.

Q.    Okay.  Yeah, that's fair.

But as you mentioned, the lack of homogenous precincts and the small number of precincts together produce greater confidence

Page 117

going to restate, Bryan.  I'm not trying to be difficult.  But in my expert report, I'm very clear that I'm applying the separate electorates test to make my determinations.

Q.    I understand that.  I understand that, and I understand --

A.    And so -- and so if I don't offer -- if I don't in my report state anything else about that, I'm not going to offer any other opinions outside of that report, outside of my conclusion based on separate electorates test.

Q.    Okay.  But here's the thing, so your report at Footnote 8 references Gingles 2.  It references the word-for-word, you know, quote from the case, and it --

A.    Yes.

Q.    Gingles 2 says -- in Bullet Point 2, Footnote 8, says:  "Second, the minority group must be able to show that it is politically cohesive."

And this report attempts to establish that, but it avoids entirely and

Page 118

you're avoiding now entirely the question of whether the minority group is politically cohesive based on the results that you get.  Is that --

A.    I don't think I'm -- I don't think I'm avoiding this at all, and I apologize.  This -- this comes from sort of my background in, you know, being a researcher, being a scientist.

I have stated the requirement for my conclusion up front.  I've stated my assumption, right?  I've -- and my -- and my requirement up front before I even did any of this work was that it has to fulfill the separate electorates test.

And, thus, under that requirement, which has been my standard requirement both in my time at DOJ and in my outside consulting work, that if Black and white voters support -- have -- have levels of support, right, that show that they would elect different candidates if the election were held separately for each

Page 119

of those groups, then that meets the condition

to conclude that voting is racially polarized.

Q.     And in that definition, there is no

consideration as to the degree of cohesion of

the minority voting bloc?

A.     The only consideration is can I make

a determination that the -- that either bloc

voted, you know, separately for a candidate of

choice, right?  So can I conclude that McCants

was supported by the majority of Black voters?

In this case, I can conclude that because

McCants was supported by 51 percent to 64

percent with the point estimate being 56

support of Black voters.

Q.     Okay.  Thank you.

You mentioned confidence intervals

on the iterative EI table that you provided,

and for that particular contest, if you scroll

down to page 26 -- is it 26?  No.  That's the

-- iterative EI is 24.

A.     Correct.

Q.     So this is the kind of blown-up

Page 123

look at the -- the answer for Table A1, right, you see a confidence interval that's 76 to 90.

Q.    Right.

A.    And so when I am weighting my robustness checks looking at my result, I had a strong prior that I thought the iterative EI would be the most accurate of my three methodologies.  And so I'm looking at the other two methodologies as I check to see, do I see anything there that is compelling enough for me to come off of what my baseline decision is, and I do not in those situations looking at both ER and EI RxC.

Q.    Okay.  So here's what I'm seeing, though.  On the one hand, you say EI is the most -- excuse me -- iterative EI is the most reliable measurement for -- or analysis for purposes of Houston County's data; is that right?

A.    I did state that, yes.

Q.    But if I look at -- let's see.  So EI on 2016 CC Post 5 gives you Black support