# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **Courtney L. Driver**, et al., | Case No. 5:25-cv-00025-MTT |
| Plaintiffs, | Hon. Marc T. Treadwell |
| vs. | |
| **Houston County Board of Elections**, et al.**,** | |
| Defendants. | |

## Rebuttal Report of Stephen J. Popick, Ph.D.

## February 6, 2026

# Table of Contents

I.    Introduction ...................................................................................3

    A.    Scope of Project ...................................................................3

    B.    Summary of Conclusions ...................................................3

II.    Evaluation of Dr. Barber's Report ......................................................4

    A.    Critique 1: Point Estimates Vary.......................................4

    B.    Critique 2: Election Selection.............................................6

    C.    Critique 3: Democratic Primaries ...................................13

    D.    Critique 4: Republican Primaries ...................................14

III.    Conclusions ................................................................................16

## I.     Introduction

### A.     Scope of Project

I was retained by the plaintiffs' attorneys to respond to the expert report of Dr. Michael Barber concerning whether voting in elections for the Houston County Commission is racially polarized.

### B.     Summary of Conclusions

Dr. Barber offers four main critiques of my expert report: (1) that the estimates of racial polarization vary substantially across estimation methods; (2) that I did not analyze recent county-wide Board of Education or state-wide Public Service Commission elections; (3) that I did not analyze contested Democratic primaries; and (4) that I did not provide vote share and voting estimates for the other three candidates in the 2022 Republican primary for Houston County Commission District 2.

As I show in this report, Dr. Barber's suggestion about the reliability of my racial polarization estimates is incorrect. I also show that the racial makeup of recent county-wide Board of Education elections and state-wide Public Service Commission elections differed significantly from Houston County Commission elections. I provide a turnout analysis of the 2022 Democratic primary showing that

Black voters made up the vast majority of turnout for that election. And, finally, I provide estimates of support for the other candidates in the 2022 Republican primary in which Black voters made up only 3% of the Republican primary electorate.

None of Dr. Barber's critiques has any merit, and they do not change my conclusion that voting in recent elections for the Houston County Commission has been polarized along racial lines.

## II.   Evaluation of Dr. Barber's Report

### A.   Critique 1: Point Estimates Vary

"Dr. Popick's racially polarized voting estimates vary substantially across estimation strategies, which reduces confidence in any single set of point estimates and is consistent with the fact that Houston County has few precincts and no homogeneous Black precincts." (Barber Rpt. 5.)

Dr. Barber acknowledges that my expert report stated that "[t]he degree of racial polarization [using iterative EI] is lower compared to ER estimates, but this is not surprising given the small number of precincts and lack of homogeneous black precincts." (Popick Rpt. 17; Barber Rpt. 24.) However, Dr. Barber does not acknowledge footnote 23 which stated "In my experience, both EI and EI RxC produce estimates for cohesion

4

and crossover at noticeably lower levels (compared to ecological regression) when there is a lack of homogeneous precincts or where the number of precincts is limited. If there was misalignment (i.e. ER, EI, and EI RxC estimates showing clear differences in preferences among voters of the same racial group, I would investigate further. Here, regardless of what estimation technique is used, the conclusion is the same for both black and white voter (as a group) preference." (Popick Rpt. 17.) Appendix tables A1, A2, and A3 in my opening report provide both the point estimate and its associated confidence intervals, showing that Black voters as a group consistently prefer the same candidate.

Put more simply, all three estimation techniques point in the same direction. They show that voting in recent Houston County elections is polarized along racial lines. The fact that three different estimation techniques produce three different point estimates is unsurprising. Given the data available, it would have been surprising if the three techniques *had* produced identical point estimates. But the results of all three techniques support the substantively important conclusion that voting is racially polarized.

## B.    Critique 2: Election Selection

"Dr. Popick's selection of elections omits several recent countywide contests in which Black-preferred candidates were successful, including countywide Board of Education races and the 2025 Public Service Commission elections in which Black-preferred candidates carried Houston County." (Barber Rpt. 5.)

There are two recent Board of Education contests where a Black candidate running at-large was successful: one in 2022, and one in 2024. Notably, these elections were first held in May of each year. In 2022, there were four candidates in the May contest; Baggerly, David, Fermin, and Ivory. (Since Dr. Barber identified Ivory as the Black-preferred candidate, I did not conduct any further estimations to confirm that assumption.) Ivory placed first among the four candidates, receiving 32% of the vote.  The other three candidates split the votes 26%, 25%, and 18% as shown in Table A below.

**Table A: May 2022 Houston County Board of Education Election Results**

| Candidate | Baggerly | David | Fermin | Ivory |
|---|---|---|---|---|
| Votes | 6473 | 6159 | 4402 | 8043 |
| Vote Share (%) | 25.81 | 24.56 | 17.55 | 32.07 |

6

Ivory and Baggerly advanced to a runoff election held in June 2022 at the same time as a partisan primary runoff. Notably, the only other Republican contest on the ballot in Houston County in that June 22 runoff was a Republican primary for US House District 2, which includes only a small portion of Houston County. And there were four Democratic contests for statewide offices.

**Table B: June 2022 Houston County Board of Education Runoff Election Results**

| Candidate | Baggerly | Ivory |
|---|---|---|
| Votes | 2390 | 4108 |
| Vote Share (%) | 36.78 | 63.22 |

As shown in Table C below, which relies on voter history files from the Georgia Secretary of State, the demographics of voter turnout in the June 2022 election were substantially different than the demographics of voter turnout in most Houston County Board of Commissioners elections, including the November 2022 election. This difference aligns with the fact that the June 2022 election was a combined primary runoff and non-partisan general election runoff where the only Republican primary was US House District 2, which includes only a small portion of

Houston County. I observe from Table C that White voters must have had a relative turnout rate lower than Black voters in the June 2022 election compared to their respective turnout rates in the November 2022 election.

**Table C: Comparison of June and November 2022 Voter Demographics**

| Election | | Turnout | | | Black Share of Electorate (%) |
|---|---|---|---|---|---|
| | Total | Black | White | Other | |
| June 2022 | 6359 | 3184 | 3267 | 88 | 49 |
| Nov. 2022 | 59298 | 16984 | 35698 | 6616 | 29 |

In June 2022, Black voters were 49% of the electorate for the District 6 election for the Board of Education. In the November 2022 general election, Black voters were 29% of the electorate. Black voters were able to elect their preferred candidate (Ivory) because of the relatively lower turnout rates of White voters in this election compared to the turnout rate of Black voters. Black voters' proportion of total turnout was comparable to that of White voters and higher than their presence on the county's list of registered voters. By contrast, the November 2022 Black voters' proportion of total turnout is substantially less and more in line with the Black share of registered voters.

In May 2024, there was an at-large election for Houston County board of Education. Six candidates competed, with Brown receiving 35% of the total vote, placing first. Jackson placed second with 23% of the total vote and 4 other candidates split the remaining votes. (Since Dr. Barber identified Jackson as the Black-preferred candidate, I did not conduct any further estimations to confirm that assumption.) In June 2024, Brown and Jackson competed in a runoff election and a Republican primary runoff was held for US House District 2. Jackson placed first, receiving 52% of the vote, as shown in Table D.

**Table D: June 2024 Houston County Board of Education Runoff Election Results**

| Candidate | Brown | Jackson |
|---|---|---|
| Votes | 3192 | 3423 |
| Vote Share (%) | 48.25 | 51.75 |

As shown in Table E below, which relies on voter history files from the Georgia Secretary of State, the demographics of voter turnout in the June 2024 elections were substantially different than the demographics of voter turnout in the November 2024 election. This difference aligns with the fact that the June 2024 election was a combined primary runoff

9

and non-partisan general election runoff where the only Republican primary was US House District 2, which includes only a small portion of Houston County, and no Democratic only contests.

**Table E: Comparison of June and November 2024 Voter Demographics**

| Election | Turnout | | | | Black Share of Electorate (%) |
|---|---|---|---|---|---|
| | Total | Black | White | Other | |
| June 2024 | 6459 | 2663 | 3381 | 415 | 41 |
| Nov. 2024 | 82090 | 24224 | 47028 | 10838 | 30 |

In June 2024, Black voters were 41% of the electorate when a Board of Education contest was held. In the November 2024 general election, Black voters were 30% of the electorate. Black voters were able to elect their preferred candidate (Jackson) in June 2024 because their proportion of total voters was higher compared to the 2024 General election.

Black voters were successful in moving their preferred candidate to a runoff in the May 2024 election because non-Black voters splits their votes among 3 candidates  as Dr. Barber acknowledges in his expert report.

Table F shows voter turnout by race in the November 2025 election.

**Table F: November 2025 Voter Demographics**

| Election | Turnout | | | | Black Share of Electorate (%) |
|---|---|---|---|---|---|
| | Total | Black | White | Other | |
| Nov. 2025 | 25642 | 10135 | 12671 | 2836 | 40 |

Both Tables F and G show that Black voters were successful in electing a preferred candidate in the June 2024 and November 2025 elections because their turnout rates (relative to November 2024) were higher than the turnout rates of White voters (relative to November 2024 election, as shown in Table H below).[1] In the November elections of 2022 and 2024, White voters turned out at higher rates than Black voters.

As a result, the Public Service Commission election and the runoffs for the Board of Education are less probative of voting behavior in elections for the Houston County Commission. The Public Service

---

1 As a general matter of practice when conducting estimation of voter behavior, I do not analyze elections occurring at a higher jurisdictional level than the jurisdiction at the heart of the request. I provide some analysis of the 2025 Public Service Commission here because this contest is referenced in Dr. Barber's expert report.

11

Commission elections are conducted statewide, rather than county-wide or within Houston County, and all three elections reveal unusual circumstances that have not been and are unlikely to be seen in elections for the Houston County Commission.

**Table G: Voter Turnout Rates by Race Relative to November 2024**

| Election | Relative Turnout Percentage Compared to November 2024 Election | | | |
| | White | Black | All Others | Relative To |
| --- | --- | --- | --- | --- |
| Nov. 2022 | 78% | 72% | 65% | Nov. 2022 |
| May 2024 | 26% | 21% | 14% | Nov. 2024 |
| June 2024 | 8% | 12% | 4% | Nov. 2024 |
| Nov. 2025 | 30% | 45% | 31% | Feb. 2026 |

**Table H: Turnout Rates by Race in Recent Elections**

| Election | White | Black | All Others | Relative To |
|----------|-------|-------|------------|-------------|
| Nov. 2022 | 56% | 47% | 35% | Nov. 2022 |
| May 2024 | 18% | 12% | 7% | Nov. 2024 |
| June 2024 | 5% | 7% | 2% | Nov. 2024 |
| Nov 2024 | 69% | 58% | 51% | Nov. 2024 |
| Nov. 2025 | 20% | 24% | 15% | Feb. 2026 |

## C.    Critique 3: Democratic Primaries

"Dr. Popick also does not analyze contested Democratic primaries, which further limits what can be inferred about whether Black voters are able to translate their preferences into party nominations in elections." (Barber Rpt. 5.)

The May 2022 election had both Republican and Democratic primary contests. Using the voter history file I obtained from the Georgia Secretary of State, I am able to analyze voter turnout in both the Republican, and separately, Democratic primaries. As shown in Table I below, Black voters were 82% of the 2022 Democratic primary, and thus there would be no question that Black voters have an ability to

13

elect a candidate of choice during the Democratic primary. I understand that there is no allegation in this case that Black voters are unable to nominate their preferred candidates for the County Commission, and these numbers show why.

**Table I: May 2022 Democratic Primary Voters Demographics**

| Election | Turnout | | | | Black Share of Electorate (%) |
|---|---|---|---|---|---|
| | Total | Black | White | Hispanic | |
| May 2022 Dem. Primary | 9689 | 7942 | 1636 | 111 | 82 |

## D.    Critique 4: Republican Primaries

"Dr. Popick does include analysis of a single Republican primary election. However, this election provides little insight for several reasons. First, Dr. Popick only presents estimated vote shares for one of the three candidates (Williams) for one racial group (White Republican voters). We therefore do not know how Williams estimated vote share among White Republicans compares to the two other candidates. Second, we do not know anything about the preferences of non-White primary voters in this contest, including whether or not Williams was their candidate of choice, or if there was any degree of polarization between groups of voters." (Barber Rpt. 28-29 n. 13)

14

According to my analysis of the 2022 Republican primary election as shown in Table J, White voters were 94% of the electorate, with Black voters being 3% of the primary electorate, and the remaining 3% were either Hispanic, Other, or Unknown. Given that academic research has demonstrated that the reliability of EI methods can be improved by "rolling up" candidates and racial groups that receive, or compose, less than 5% of the total, I do not estimate or report voting estimates for these groups.[2] Among White voters, Gottwals received between 52% and 54% of total votes, Williams received 24% to 26% of total votes, Ivestor received 14 to 16% of total votes, with the remainder being voters not voting. These results show that Gottwals was the preferred candidate of White voters in this Republican primary.

---

2  Plescia, Carolina and Lorenzo De Sio. "An evaluation of the performance and suitability of R × C methods for ecological inference with known true values." Journal of Quality and Quantity.  2018. Article available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5847155/

15

**Table J: Analysis of White Voter Behavior in 2022 Republican Primary**

| Candidate | Gottwals | Williams | Ivestor |
|---|---|---|---|
| Lower Confidence Interval | 52.23% | 24.55% | 13.90% |
| Upper Confidence Interval | 54.74% | 26.30% | 15.73% |

## III. Conclusions

My analysis shows clear and consistent racially polarized voting in Houston County elections from 2016 through 2024. There were eight general/special elections for the Houston County Commission or other county-wide offices elected in November of even-numbered years. Voting was racially polarized in all eight of these contests, with Black voters and white voters supporting different candidates. In a single Republican primary, voting was not racially polarized, but the Black candidate did not win. Black voters as a group were cohesive in all eight general/special elections. White voters as a group yielded insufficient crossover votes to elect the Black-preferred candidates in every general election analyzed. This pattern of racial polarization is consistent. In all of the general elections for Houston County offices held between 2016 and 2024 that I analyzed, Black and White voters supported different

16

candidates, and the Black-preferred candidate lost in each election. I find that each of Dr. Barber's critiques of my opening report lacks merit. And nothing in his report causes me to change my conclusion, based on the analyses in my opening report and this one, that voting in general elections for Houston County offices held between 2016 and 2024 is racially polarized.

**Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct**.

Executed on February 6, 2026

_____
Stephen J. Popick, Ph.D.

17