

Hogan Lovells US LLP
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
T  +1 267 675 4600
F  +1 267 675 4601
www.hoganlovells.com

May 8, 2026

*BY ECF*

David W. Bunt
Clerk of Court
U.S. District Court for the Middle District of Georgia
475 Mulberry Street
Macon, GA 31201

**Re:**   ***Driver et al. v. Houston County Board of Elections**, et al.*, **Case No. 5:25-cv-00025-MTT**

Dear Mr. Bunt:

Pursuant to Local Rule 6.2, Plaintiffs Courtney Driver, Michael Jones and the National Association for the Advancement of Colored People Georgia State Conference ("Plaintiffs"), request an extension of time from May 15, 2026, to May 29, 2026, to file (1) Plaintiffs' brief in opposition to the Motion for Summary Judgment (ECF No. 63) filed by Defendants the Houston County Board of Elections and Pamela Morgan, in her official capacity ("Defendants"); and (2) Plaintiffs' brief in opposition to Defendants' Motion to Exclude Testimony of Dr. Stephen J. Popick (ECF No. 69).

Plaintiffs have not requested or received any prior extension of time for responding to these Motions.

Counsel for Plaintiffs conferred with counsel for Defendants, who advised that Defendants do not oppose this requested 14-day extension.

Sincerely yours,

David Newmann
Partner
david.newmann@hoganlovells.com
+1.267.675.4610

cc:   Counsel of Record (via email and ECF)

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Beijing  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Moscow  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rio de Janeiro  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Shanghai FTZ  Zagreb. Business Service Centers: Johannesburg  Louisville. Legal Service Center: Birmingham.  For more information see www.hoganlovells.com

\\4140-3821-4248  v1