**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **COURTNEY DRIVER,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:25-cv-25 (MTT)** |
| | ) | |
| **HOUSTON COUNTY BOARD OF ELECTIONS,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER**

Upon consideration of the motion by Plaintiffs Courtney Driver, Michael Jones, and the National Association for the Advancement of Colored People Georgia State Conference ("Plaintiffs") to amend the Court's September 26, 2025 Scheduling and Discovery Order (ECF 44) (the "Scheduling Order"), the Defendants' opposition thereto, and the entire record herein,

**IT IS HEREBY ORDERED** that the Plaintiffs' motion (ECF 75) is **GRANTED**; and

**IT IS FURTHER ORDERED** that the deadlines for moving to amend Plaintiffs' Complaint and for conducting additional fact and expert discovery pertaining to *Louisiana v. Callais*, 146 S. Ct. 1131 (2026), are hereby extended until July 6, 2026, and September 4, 2026, respectively; and

**IT IS FURTHER ORDERED** that the Plaintiffs' deadlines for responding to the Defendants' summary judgment and *Daubert* motions (ECF 63; 69) are suspended pending the completion of such additional discovery.

**SO ORDERED**, this 22nd day of June, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT