**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

COURTNEY DRIVER*, et al.,*

    *Plaintiffs,*

v.

HOUSTON COUNTY BOARD OF
ELECTIONS, *et al.,*

    *Defendants.*

Civil Action No. 5:25-cv-0025-MTT

**PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs Courtney Driver, Michael Jones and the National Association for the Advancement of Colored People Georgia State Conference ("Plaintiffs"), through their respective undersigned counsel, hereby move for leave to file an amended complaint. The grounds for this motion are set forth in the accompanying Memorandum of Law, which is incorporated by reference herein.

Dated: July 6, 2026

Respectfully submitted,

*/s/ David Newmann*
David Newmann (*Admitted Pro Hac Vice*)
**HOGAN LOVELLS CADWALADER US LLP**
1735 Market St., 23rd Floor
Philadelphia, Pennsylvania 19103
Tel. (267) 675-4600
Fax (267) 675-4601
david.newmann@hlc.com

Bryan L. Sells
Georgia Bar No. 635562
**THE LAW OFFICE OF BRYAN L. SELLS, LLC**
Post Office Box 5493
Atlanta, Georgia 31107-0493
bryan@bryansellslaw.com

Lynsey Morris Barron
Georgia Bar No. 661005
**BARRON LAW LLC**
1800 Peachtree St. NE, Suite 300
Atlanta, GA
404-276-3261 30309
lynsey@barron.law

Arielle Anderson (*Admitted Pro Hac Vice*)
**HOGAN LOVELLS CADWALADER US LLP**
609 Main St., Suite 4200
Houston, Texas 77002
Tel. (713) 632-1400
Fax (713) 632-1401
arielle.anderson@hlc.com

*Attorneys for Driver Plaintiffs*

Robert N. Weiner*
Julie M. Houk (*Admitted Pro Hac Vice*)
Grace Thomas (*Admitted Pro Hac Vice*)
Samantha Heyward (*Admitted Pro Hac Vice*)
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K Street, Suite 900
Washington, DC 20005
(202) 662-8600
rweiner@lawyerscommittee.org
jhouk@lawyerscommittee.org
gthomas@lawyerscommittee.org
sheyward@lawyerscommittee.org

Stacey M. Mohr
Georgia Bar No. 619207
**EVERSHEDS SUTHERLAND (US) LLP**
999 Peachtree Street NE
Atlanta, GA 30309
(404) 853-8000
staceymohr@eversheds-sutherland.com

Harmony L. Jones*
Maria L. Stratienko*
John Coffron*
**EVERSHEDS SUTHERLAND (US) LLP**
700 Sixth Street, NW, Suite 700
Washington, DC 20001-3980
(202) 383-0100
harmonyjones@eversheds-sutherland.com
mariastratienko@eversheds-sutherland.com
johncoffron@eversheds-sutherland.com

John H. Fleming
Georgia Bar No. 263250
**JOHN H. FLEMING LAW LLC**
1066 Springdale Rd., N.E.
Atlanta, GA  30306
(404) 285-5084
john@jhflaw.org

*Attorneys for National Association for the Advancement of Colored People Georgia State Conference*

*\* Motion for admission Pro Hac Vice forthcoming*

3