**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| COURTNEY DRIVER*, et al.,* | |
| *Plaintiffs,* | |
| v. | Civil Action No. 5:25-cv-0025-MTT |
| HOUSTON COUNTY BOARD OF ELECTIONS, *et al.,* | |
| *Defendants.* | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
FOR LEAVE TO AMEND COMPLAINT**

Upon consideration of the Motion by Plaintiffs Courtney Driver, Michael

Jones and the National Association for the Advancement of Colored People Georgia

State Conference ("Plaintiffs") to file an amended complaint, any opposition thereto,

and the entire record herein,

**IT IS HEREBY ORDERED** that the Motion is GRANTED; and

**IT IS FURTHER ORDERED** that the First Amended Complaint attached

as Exhibit A to Plaintiffs' motion shall be deemed filed as of the date of this Order.

**SO ORDERED** this ___ day of _____, 2026.

**BY THE COURT**

_____
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT