**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| COURTNEY L. DRIVER, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>HOUSTON COUNTY BOARD OF ELECTIONS, *et al.*,<br><br>*Defendants*. | Civil Action No. 5:25-cv-00025-MTT |

**NOTICE OF FILING REPORT OF DR. JOSEPH BAGLEY
AT THE DIRECTION OF THE COURT**

Pursuant to this Court's directive delivered through email, Defendants file on the docket the following documents:

1. Declaration of Dr. Joseph Bagley, Ph.D. (Dec. 24, 2025), attached as Exhibit A.
2. Errata to Report of Dr. Joseph Bagley, Ph.D. (Mar. 20, 2026), attached as Exhibit B.
3. Email directive from the Court, attached as Exhibit C.

Respectfully submitted this 17th day of August, 2026.

/s/Bryan P. Tyson
Bryan P. Tyson
Georgia Bar No. 515411

btyson@tysonyounker.law
David J. Younker
Georgia Bar No. 940387
dyounker@tysonyounker.law
**Tyson Younker LLC**
1225 Johnson Ferry Road
Suite 600-A
Marietta, Georgia 30068
678.223.3160 (phone)

*Counsel for Defendants*