# EXHIBIT B

## ERRATA TO DECEMBER 24, 2025 REPORT OF DR. JOSEPH BAGLEY, PH.D

## MARCH 20, 2026

I provided an Expert Report in this case on Dec. 24, 2025. In preparing that report I misunderstood the way that some information in the Secretary of State's election data hub was presented. I have corrected the following data on p. 19 since recognizing the error. The revised percentages reflect voter turnout by race, as indicated in the Secretary's data hub, divided by the Citizen Voting Age Population ("CVAP") estimates in the Census table below. None of these revisions change the opinions that I offered in my Report.

PAGE 19, SECOND FULL PARAGRAPH:

According to the Georgia Secretary of State's office, Black voter turnout in Houston County continues to be significantly lower than white voter turnout, demonstrating a depressed level of Black political participation as referenced in the Senate Factors Report. In the November 2024 election, Black voter turnout was ~~20.6~~ 57.7 percent compared to white voter turnout at ~~40.1~~ 66 percent~~, a difference of 51.4 percent~~. In the primary elections earlier that year, Black voter turnout (~~4.4~~ 11.9 percent) similarly trailed white turnout (~~10.9~~ 17.3 percent)~~ at a rate of 40.4 percent~~.

PAGE 19, FN 73:

Office of the Georgia Secretary of State, Brad Raffensperger, Election Data Hub, Houston County, https://sos.ga.gov/page/election-data-hub-turnout; U.S. Census, Citizen Voting Age Population by Race and Ethnicity, 2024 Citizen Voting Age Population (CVAP) Special Tabulation from the 2020-2024 5-Year American Community Survey, https://www.census.gov/programs-surveys/decennial-census/about/voting-rights/cvap.html.

APPENDIX I.A

Citizen Voting Age Population (CVAP) Special Tabulation from the 2020-2024 5-Year American Community Survey

| geoname | lntitle | geoid | lnnumber | tot_est | tot_moe | adu_est | adu_moe | cit_est | cit_moe | cvap_est | cvap_moe |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Houston County, Georgia | Not Hispanic or Latino | 0500000US13153 | 2 | 156776 | 0 | 117953 | 93 | 154149 | 650 | 115753 | 577 |
| Houston County, Georgia | American Indian or Alaska Native Alone | 0500000US13153 | 3 | 87 | 71 | 74 | 58 | 84 | 71 | 74 | 58 |
| Houston County, Georgia | Asian Alone | 0500000US13153 | 4 | 5112 | 413 | 4109 | 262 | 4071 | 438 | 3102 | 377 |
| Houston County, Georgia | Black or African American Alone | 0500000US13153 | 5 | 55078 | 1000 | 40771 | 638 | 54272 | 1142 | 40302 | 733 |
| Houston County, Georgia | Native Hawaiian or Other Pacific Islander Alone | 0500000US13153 | 6 | 226 | 229 | 226 | 229 | 223 | 229 | 227 | 229 |
| Houston County, Georgia | White Alone | 0500000US13153 | 7 | 88491 | 34 | 69302 | 34 | 87754 | 278 | 68606 | 270 |
| Houston County, Georgia | American Indian or Alaska Native and White | 0500000US13153 | 8 | 845 | 71 | 733 | 101 | 845 | 71 | 731 | 101 |
| Houston County, Georgia | Asian and White | 0500000US13153 | 9 | 1400 | 379 | 589 | 226 | 1399 | 379 | 589 | 226 |
| Houston County, Georgia | Black or African American and White | 0500000US13153 | 10 | 3395 | 814 | 1075 | 480 | 3347 | 806 | 1056 | 477 |
| Houston County, Georgia | American Indian or Alaska Native and Black or African American | 0500000US13153 | 11 | 494 | 290 | 326 | 152 | 493 | 290 | 327 | 152 |
| Houston County, Georgia | Remainder of Two or More Race Responses | 0500000US13153 | 12 | 1650 | 628 | 742 | 314 | 1650 | 628 | 743 | 314 |
| Houston County, Georgia | Hispanic or Latino | 0500000US13153 | 13 | 12869 | 0 | 8371 | 0 | 10240 | 595 | 6061 | 476 |

-----------------------------------------------------------------

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct according to the best of my knowledge, information and belief.

/ Joseph Bagley

Digitally signed by Joseph Bagley
Date: 2026.03.20 20:20:56 -04'00'

DEFENDANT'S EXHIBIT
PENGAD 800-631-6989
NO. 2 Bagley

## CERTIFICATE OF SERVICE BY EMAIL

I hereby certify that on this 21st day of March 2026, I served the foregoing

ERRATA TO DECEMBER 24, 2025 REPORT OF DR. JOSEPH BAGLEY, PH.D

by email on Defendants' counsel as follows:

Bryan P. Tyson
Georgia Bar No. 515411
btyson@clarkhill.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@clarkhill.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@clarkhill.com
**Clark Hill PLC**
3630 Peachtree Road NE
Suite 550
Atlanta, Georgia 30326

/s/Julie M. Houk
Julie M. Houk**
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20015
Telephone: (202) 662-8391
Email: jhouk@lawyerscommittee.org

** Admitted Pro Hac Vice