# EXHIBIT C

[redacted]

**From:** Kim Tavalero <[redacted]>
**Sent:** Monday, August 17, 2026 3:00 PM
**To:** bryan@bryansellslaw.com; Lynsey Barron; Bryan P. Tyson; david.newmann@hlc.com; arielle.anderson@hlc.com; jhouk@lawyerscommittee.org; bjacoutot@clarkhill.com; dlaross@clarkhill.com; gthomas@lawyerscommittee.org; staceymohr@eversheds-sutherland.com; john@jhflaw.org; David J. Younker; Bryan P. Tyson; 6444643420 @filings.docketbird.com; rahuja@clarkhill.com; ecf-aa26259410db@ecf.pacerpro.com; juliemhouk@gmail.com; jpowers@lawyerscommittee.org; lpatino@lawyerscommittee.org
**Subject:** 5:25-cv-00025-MTT - DRIVER et al v. HOUSTON COUNTY BOARD OF ELECTIONS et al

Counsel:

Judge Treadwell instructs you to file Dr. Bagley's report.

Thanks,

Kim

*Kim Tavalero*
Courtroom Deputy
for the Honorable Marc T. Treadwell
Judge, United States District Court
Middle District of Georgia
[redacted] (office)